IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| LORD VERSATILE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:12CV332–HEH |
| ) | |
| LORETTA KELLY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**FINAL ORDER**
(Dismissing § 1983 Action)

In accordance with the accompanying Memorandum Opinion, it is hereby

ORDERED that:

1. The analysis of the Report and Recommendation is ACCEPTED and ADOPTED;
2. Versatile's claims are DISMISSED WITH PREJUDICE;
3. The action is DISMISSED; and,
4. The Clerk is DIRECTED to note the disposition of the action for purposes of 28 U.S.C. § 1915(g).

Should Versatile desire to appeal, a written notice of appeal must be filed with the Clerk of the court within thirty (30) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is DIRECTED to send the Memorandum Opinion and Order to Versatile.

And it is so ORDERED.

/s/
HENRY E. HUDSON
UNITED STATES DISTRICT JUDGE

Date: Aug. 7, 2013
Richmond, Virginia